AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

AZUJHON KENNETH SIMS,

        Plaintiff,                  **JUDGMENT IN A CIVIL CASE**

V.

                                    CASE NUMBER: 3:12-cv-00314-RCJ-VPC

STEVEN D. GRIERSON, et al.,

        Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

July 6, 2012                            **LANCE S. WILSON**
Date                                         Clerk

                                      /s/   M. Campbell
                                          Deputy Clerk